# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 1:19-10049-STA |
| CHARLES SETTLES, ) | |
| Defendant. ) | |

---

## ORDER ON GUILTY PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on May 10, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Charles Settles, appearing in person, and with counsel, Kent Gearin.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 10, 2019 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is to remain released on present bond.

**ENTERED** this the 10th day of May, 2019.

                                                s/ S. Thomas Anderson
                                                CHIEF JUDGE, U. S. DISTRICT COURT